IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRUCE EDWARD FERRIEL                                                                PLAINTIFF

        v.                    Civil No. 06-5061

SHERIFF KEN FERGUSON;
LT. PAUL CARTER; CAPTAIN
HUNTER PETRAY; DR. NEIL
MULLINS; and NURSE SUE McDONALD                                        DEFENDANTS

## ORDER

On August 21, 2006, the plaintiff filed a motion to amend his complaint to add Corporal Powell as a defendant (Doc. 14). The motion to amend is granted.

The court, having heretofore entered an order allowing the plaintiff to proceed *in forma pauperis*, hereby directs the United States Marshal to serve Corporal Powell. Corporal Powell may be served at the Benton County Detention Center, 1300 S.W. 14th St., Bentonville, AR 72712.

Defendant is to be served without prepayment of fees and costs or security therefor. The defendant is ordered to answer within twenty (20) days from the date of service.

Dated this 14th day of September 2006.

                              /s/ Beverly Stites Jones
                              UNITED STATES MAGISTRATE JUDGE