IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


BRUCE EDWARD FERRIEL                                             PLAINTIFF

              v.                    Civil No. 06-5061

SHERIFF KEITH FERGUSON;
LT. PAUL CARTER; CAPTAIN
HUNTER PETRAY; DR. NEIL
MULLINS; NURSE SUE McDONALD;
and CORPORAL POWELL                                             DEFENDANTS


# O R D E R

        Defendants have filed a motion for summary judgment (Doc. 24).  To assist plaintiff in

responding to the summary judgment motion, the undersigned is propounding a questionnaire.

The court will consider plaintiff's response to the questionnaire in issuing a report and

recommendation on the summary judgment motion.

        For this reason, Bruce Edward Ferriel is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motion on or before **July 26, 2007**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

        IT IS SO ORDERED this 29th day of June 2007.


                                        /s/ *J. Marschewski*
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE


-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRUCE EDWARD FERRIEL                                                    PLAINTIFF

v.                              Civil No. 06-5061

SHERIFF KEITH FERGUSON;
LT. PAUL CARTER; CAPTAIN
HUNTER PETRAY; DR. NEIL
MULLINS; NURSE SUE McDONALD;
and CORPORAL POWELL                                                    DEFENDANTS


**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  BRUCE EDWARD FERRIEL

These questions and answers will serve as your response to the motion for summary

judgment filed by the defendants.  You may use additional sheets of paper in responding to

these questions.  You must file this response by **July 26, 2007.**

1.  On October 26, 2005, your suspended sentence was revoked on original charges of

possession of a controlled substance, possession of drug paraphernalia, and resisting arrest.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at

page 1.

_____

_____

_____

_____

-2-

2.  On November 8, 2005, a bench warrant was issued for your arrest.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

2.

_____

_____

_____

_____

3.  You were arrested and booked into the Benton County Detention Center (BCDC)

on December 24, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

3.

_____

_____

_____

_____

4.  When you were booked into the BCDC, you were provided with a copy of the

detainee rules which you signed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

4.

_____

_____

_____

_____

5. On December 24, 2005, you completed and signed a medical intake questionnaire indicating you had no health problems at the time of booking.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

6. According to the facts constituting probable cause for arrest, when you were arrested on December 24, 2005, you were combative with officers and after being placed in a patrol car continued to cry and bang your head against the window.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at pages 9-10.

_____

_____

_____

-4-

_____

7. On December 25, 2005, shortly after midnight Deputy Joshua Culotta heard shouting coming from cell #2 in booking.  Culotta looked up and observed Deputy Ron Powell struggling with you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

8.  Culotta went to cell #2 and Powell had already placed you on the floor and had your hand behind your back.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 1.

_____

_____

_____

_____

9.  Culotta placed his handcuff on your left wrist and Powell placed the handcuff on your right wrist.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

10.  You were escorted into booking cell #3 so that you would not attempt to hurt any

of the other inmates in detox.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

11.  Powell attempted to close the door of cell #3 and you put your foot in the door to

prevent the door from closing.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

-6-

_____

_____

_____

12.  Your foot was removed from the door, and Powell closed the door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

13.  Culotta walked away from the cell door and you began repeatedly kicking the cell

door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

14.   Sergeant Andrew Adams instructed Culotta to five point restrain you so that you

would not injure yourself.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

15.  Culotta was handed a pair of shackles and another pair of handcuffs.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

16.  Culotta and Powell went to the cell door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

AO72A
(Rev. 8/82)

_____

17. Culotta instructed you to back away from the cell door and sit on the cell bench.

You responded: "F— You."

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

18.  Culotta told you that if you did not sit on the bench he would spray you with

Oleoresin Capsicum (OC) spray.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

19.  The cell door opened and you continued to stand in the doorway.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

AO72A
(Rev. 8/82)

1.

_____

_____

_____

_____

20.  Culotta pulled his OC spray from his belt holder and told you to sit down immediately or you would be sprayed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

21.  You began breathing heavily and appeared to be sweating like you were having an adrenaline rush.  You refused to sit down and continued to yell at Culotta and Powell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

-10-

_____

22. Culotta administered a one second burst of OC spray to your face.  You continued to stand in the doorway.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

23.  Culotta and Powell entered the cell and instructed you to go to the floor.  You stood there and did not move.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

24.  Culotta and Powell grabbed you and placed you on the floor.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

-11-

1.

_____

_____

_____

_____

25. You tensed your legs and would not allow Culotta to gain control of them. Culotta gained control of your legs and locked them across the ankles so that you could not kick out of the hold and injure yourself or Powell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

_____

_____

26.  Once you were under control, Powell removed the handcuffs and stood you on your feet and allowed you to decontaminate your face.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 1.

_____

_____

-12-

_____

_____

27.  After you decontaminated your face, the handcuffs were put back on in front and

the shackles were placed on your feet.  Another pair of handcuffs were placed on both chains

of your restraints so that you could not stand up and kick the door.  The handcuffs were

double locked.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

28.  Powell and Culotta then left the cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

29.  Five minutes later, Culotta heard a banging noise coming from your cell door.

-13-

Culotta informed Sgt. Adams that you were kicking the door again.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

1.

_____

_____

_____

_____

30.   Powell asked Culotta to open the cell door.  Culotta unlocked the door and
observed your head push the door open indicating you were hitting the door very hard with
your head making the banging noise.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

1-2.

_____

_____

_____

_____

31.  Powell instructed a trustee to get an anti-suicide smock due to your display of
suicidal behavior.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

AO72A
(Rev. 8/82)

2.

_____

_____

_____

_____

32. Your shackles were removed and you were taken to the booking restroom to be dressed out.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

33.  When you were instructed to remove your clothing you became passively resistant and refused to move.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

-15-

_____

34.  Sgt. Adams arrived and began talking to you.  You stated you were having a seizure and needed to see medical staff.

Agree_____  Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

35.  Culotta noted that while you were claiming to be having a seizure you were screaming profanities at the jailers and resisting their commands.

Agree_____  Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

36.  Sgt. Adams asked if you had been hitting your head on the cell door.  Culotta stated that you had.

Agree_____  Disagree_____ Without knowledge to agree or disagree_____.

-16-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

37.  Sgt. Adams instructed the jailers to continue dressing you in the anti-suicide

smock.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

38.  You shouted:  "F— you all, I had surgery on my knee 9 times!  I'll call Doug

Norwood on you're a–!"

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

39. Culotta instructed you to remove your shirt.  You remained passively resistant.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

40. Culotta told you that if you did not remove your clothing that they would remove

it for you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

41. You continued to shout obscenities and refused to remove your shirt.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

-18-

2.

_____

_____

_____

_____

42.  The deputies removed your clothing and placed you in the anti-suicide smock.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

43.  You were then taken back to cell #3.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

44.  You were instructed to get on the floor so the restraints could be replaced.  You

were handcuffed in front.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

45.  Powell was locking the shackles on you when you lifted the smock and grabbed

your genitalia.  You began shaking it with your hands and shouting towards Culotta:  "I'll f---

-- your Mom.  Had her a— last week.  I got cancer b---- and I'm going to f— you're a– in

prison."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

2.

_____

_____

_____

_____

46.  Culotta replaced the handcuffs on the restraint chains and made sure all restraints

were double locked.  You were instructed to remain on the floor until they existed the cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-20-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

47.  You continued to move and shout at Culotta.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

_____

48.  Before you were able to get up, Culotta and Powell exited the cell and closed the door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 2.

_____

_____

_____

AO72A
(Rev. 8/82)

49.  On December 27, 2005, you submitted a request stating that you needed to find out how your mother-in-law was doing.  You noted she had been taken to the hospital and had stopped breathing that day.  In response, you were told to contact your family for that information.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

50.  On January 1, 2006, you asked for a copy of the affidavit of probable cause for your arrest.  A copy was provided to you by Sgt. Wiens.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

51.  On January 30, 2006, Deputy G. Baker was performing cell inspections and saw

-22-

your wrist band lying under your mat on your bunk.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

4.

_____

_____

_____

_____

52.  Baker called you to your cell and asked why you did not have the band on.  You

said it didn't fit properly and would fall off in the shower.  You also stated you had been told

by a deputy on day shift that you would be given a new one but never got one.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

4.

_____

_____

_____

_____

53.  Baker told you that you should try to wear it or at least keep it in your pocket and

you replied you didn't feel like messing with it in the shower.  Baker told you that you were

going to be locked down for not wearing your wrist band.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-23-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

54.  When Baker escorted you to E-pod for lock-down, he noted that your wrist band fit properly and gave you not problems.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 4.

_____

_____

_____

_____

55.  You were given a disciplinary for altering your ID or tampering with your ID and given thirty days lock down and loss of privileges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

-24-

_____

_____

56.  However, you appealed and Lt. Carter modified the lock-down decision after hearing your side of the story.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

57.  On March 8, 2006, you requested the address for the Sherwood Municipal Court. The number was not in the phone book and you were advised to get the information from a friend or family member.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit  4 at page 4.

_____

_____

_____

_____

58(A).  On March 24, 2006, you complained that you were having severe knee pains

-25-

and spitting blood due to bleeding ulcers.  You stated you needed surgery for your right knee due to torn ligaments.  You stated you had been sentenced to the Arkansas Department of Correction (ADC) and needed treatment right away.  In response, you were told that the doctor made all medical decisions at the jail and if you were having medical problems to submit a medical request.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 5.

_____

_____

_____

_____

(B).  Did you submit a medical request?

Answer:  Yes _____ No _____.

If you answered yes, please state when you submitted the medical request and what response you received.

_____

_____

_____

_____

_____

_____

-26-

_____

_____

59.  On March 27, 2006, you submitted a grievance.  You stated you had medical

problems including bleeding ulcers, severe knee problems, and back problems.  You stated

you needed knee surgery because of torn ligaments.  You stated you needed medication.  You

stated you had been sentenced to the ADC.  In response, you were told that the doctor makes

all medical decisions in the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

6.

_____

_____

_____

_____

60(A).  You were seen by the nurse on April 11, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

2.

_____

_____

_____

_____

-27-

(B).  What treatment did you receive?

Answer:

_____

_____

_____

_____

61(A).  You were seen by the nurse on April 26, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

3.

_____

_____

_____

_____

(B).  What treatment did you receive?

Answer:

_____

_____

_____

_____

62.  On May 15, 2006, you requested a copy of your plea and it was provided to you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-28-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 7.

_____

_____

_____

_____

63.  On March 2, 2006, you were sentenced to a ten year term of imprisonment at the ADC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit q at pages 12-16.

_____

_____

_____

_____

64.  Please provide the date of your transfer from the BCDC to the ADC.

Answer:

_____

_____

_____

_____

65.  Did you submit any requests for treatment for medical problems prior to March

24, 2006?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you submitted the requests; (b) whether you were seen in response to the requests or what response you received; (c) if you were seen by Nurse McDonald or Dr. Mullins; and (d) what treatment you received.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-30-

_____

_____

_____

     If you answered no, please state why you did not submit any requests for medical

treatment prior to March 24th.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     66.  Were you ever seen by Dr. Mullins?

     Answer:  Yes _____ No _____.

     If you answered yes, please state:  (a) when you were seen by Dr. Mullins; (b) what

treatment you received from him; and (c) how you believe he exhibited deliberate

indifference to your serious medical needs.

-31-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        If you answered no, please describe in detail how you believe Dr. Mullins exhibited

deliberate indifference to your serious medical needs.

-32-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

67.   Please describe in detail how you believe Nurse McDonald exhibited deliberate indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

-33-

_____

_____

_____

_____

_____

_____

_____

68.  Was Sheriff Ferguson personally involved in any of the events that are the subject of your lawsuit?

Answer:  Yes _____  No _____.

If you answered yes, please explain what events he was involved in and how he violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

-34-

_____

        If you answered no, please explain in detail how you believe Sheriff Ferguson is liable

for the actions of others.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        69.  Please explain in detail how you believe Lt. Paul Carter violated your federal

constitutional rights.

        Answer:

_____

_____

_____

_____

-35-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

70.  Please explain in detail how you believe Captain Hunter Petray violated your

federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

-36-

_____

_____

_____

_____

_____

_____

_____

_____

71.  Do you contend Powell used excessive physical force against you during the early morning hours of December 25, 2005?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail:  (a) the physical force he used; (b) any injuries you suffered as a result of the use of force; (c) the medical treatment you sought, or received, as a result of the injuries; and (d) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

-37-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

72.  Did you file a grievance regarding Powell's use of force against you on December

25, 2005?

Answer:  Yes _____ No _____.

If you answered yes, please attach a copy of the grievance to this response.  If you do

not have a copy, please state the day you submitted the grievance and explain why you do not

-38-

have a copy.

_____

_____

_____

_____

_____

_____

_____

_____

      If you answered no, please explain why you did not submit a grievance.

_____

_____

_____

_____

_____

_____

_____

_____

      73.  Your intake physical at the ADC was done on June 2, 2006.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit  at pages

3-5.

_____

_____

_____

_____

74. It was noted you had suffered trauma to your right knee due to a fall from a roof in 1998. You reported having multiple surgeries. The following notations were made: "Moderate crepitus + drawer sign noted. No ballotment, edema, or erythema noted. Decreased full flexion. 20 decreased full flexion."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 5 at page 3.

_____

_____

_____

_____

75. It was determined you had post-traumatic arthritis of the right knee.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to Defendants' Exhibit 5 at page 4.

_____

_____

_____

-40-

_____

76.  On June 13, 2006, you were seen complaining of knee pain and prescribed over-the-counter Acetaminophen for three days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page 10.

_____

_____

_____

_____

77.  An x-ray of your right knee was taken on June 7, 2006, and showed a defect in the proximal tibia related to the prior hardware placement, an old ununified chip fracture of the inferior patella, and some calcifications about the patella and anterior joint space likely dystrophic in origin.  The diagnostic impression was post surgical residuals and possible small loose bodies in the joint.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page 20.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

78.  Records from Baptist Memorial Medical Center indicate that you had reconstructive surgery on your right knee on August 7, 1998.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 6.

_____

_____

_____

_____

79.  Since you have been at the ADC, have you had any treatment on your knee other than receiving an ace bandage and Acetaminophen?

Answer:  Yes _____ No _____.

If you answered yes, describe:  (a) the treatment you received; and (b) when you received the treatment.  **Please refer the court to the page in the ADC medical records, Defendants' Exhibit 5, that discusses this medical treatment.**

_____

_____

_____

_____

_____

_____

_____

_____

-42-

80.  Since you have been at the ADC, have you had any treatment for bleeding ulcers?

Answer:  Yes _____ No _____.

If you answered yes, describe:  (a) the treatment you received; and (b) when you

received the treatment.  **Please refer the court to the page in your ADC medical records,**

**Defendants' Exhibit 5, that discusses this treatment.**

_____

_____

_____

_____

_____

_____

_____

Detail below any further response you would like to make to the motion for summary

judgment.  If you have any exhibits you would like the court to consider, you may attach

them to this response.

_____

_____

_____

_____

_____

_____

-43-

-44-

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2007.


_____

BRUCE EDWARD FERRIEL