**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**BRUCE EDWARD FERRIEL**                                                **PLAINTIFF**

**v.**                     **Civil No. 06-5061**

**DR. NEIL MULLINS; and
NURSE SUE McDONALD**                                     **DEFENDANTS**

**J U D G M E N T**

Now on this 7th day of April, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #61, filed March 14, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Judgment is granted in favor of defendants and this case is hereby **dismissed**.

**IT IS SO ORDERED.**

                                               **/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**